UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUN 24  P 2: 25

BY DEPUTY CLERK

ROBERT HOWARD (#80968)

VERSUS

KATHLEEN BLANCO, ET AL

CIVIL ACTION

NO. 06-612-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 14, 2008.  Defendants have filed objections which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motions to dismiss (rec. doc. nos. 26 and 28) are denied.

Baton Rouge, Louisiana, June  24    , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA