UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT HOWARD (#80968)

CIVIL ACTION

VERSUS

NO. 06-612-C

KATHLEEN B. BLANCO, ET AL

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendations of United States Magistrate Judge Stephen C. Riedlinger dated December 4, 2009 and March 5, 2010.  Objections have been filed, which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motion for summary judgment (rec.doc. 72) is granted in part, dismissing all of the plaintiff's claims which arose prior to January 30, 2005, and in all other respects the defendants' motion for summary judgment is denied.

Baton Rouge, Louisiana, March 29 , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA