UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT HOWARD (#80962)

VERSUS

KATHLEEN B. BLANCO, ET AL

CIVIL ACTION

NO. 06-612-BAJ-SCR

**RULING**

The Court has carefully considered the petition, the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger on July 26, 2011. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's Motion for Summary Judgment is denied, the defendants' Cross Motion for Summary Judgment is granted and the claims against defendants Larry Clark, Eugene "Pop" Hathaway, Clement LaFleur, Jr., Kenneth A. Jones, Henry W. Powel and Gov. Bobby Jindal (docs. 114 and 117) are dismissed. Summary judgment is granted in favor of Louisiana State Penitentiary Warden Burl Cain and Louisiana Department of Public Safety and Corrections Secretary James LeBlanc and the claims against them are dismissed.

Baton Rouge, Louisiana, August _30_ , 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA